UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICARDO MCCRAY,<br><br>                      Plaintiff,<br><br>-against-<br><br>NEW YORK STATE CORRECTIONAL,<br><br>                      Defendant. | 24-cv-7505 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the October 04, 2024, the Court dismisses Plaintiff's complaint without prejudice as duplicative of the action pending under docket number 24-CV-7308 (LTS). The Court directs the Clerk of Court not to charge Plaintiff the $350.00 filing fee for this action.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   October 9, 2024
            New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge